JOSÉ CRUET TORO, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido.

Núm. 1037.—*Sometido:* Diciembre 9, 1938. *Resuelto:* Enero 31, 1939.

*José Oliver Sabater,* abogado del recurrente; el registrador recurrido compareció por escrito.

El Juez Asociado Sr. Wolf emitió la opinión del tribunal.

José Cruet Toro segregó una parcela de 50 cuerdas de una finca de 100 cuerdas y llevó la escritura al registro correspondiente para que fuese inscrita. Se denegó la inscripción por el fundamento de que no había acompañado una copia del plano de la porción segregada, debidamente aprobado por el Comisionado del Interior, según lo requiere la Resolución Conjunta núm. 55 de mayo 15, 1937 (Leyes de 1936–37, pág. 639).

Esta misma cuestión ha venido ante esta Corte en distintas ocasiones durante los últimos meses. El peticionario señala dos errores. En uno ataca la validez del estatuto por el fundamento de que la ley es vaga y el título incierto e insuficiente para cubrir la materia que su texto contiene. El otro señalamiento niega que la intención de la Asamblea Legislativa fuera el que la validez de la escritura de segregación, y por ende su inscripción, dependieran de la presentación de dicho plano.

De las cuestiones constitucionales levantadas, solamente se discute en la petición, y muy brevemente, la de la "insuficiencia del título." El título de la ley lee:

"Para autorizar al Comisionado del Interior a que reglamente la preparación de planos de los terrenos públicos y particulares en las distintas municipalidades de esta Isla, con el fin de recopilarlos e ir formando el plano catastral de la Isla de Puerto Rico de acuerdo con los registros de la propiedad, y para otros fines."

La referencia al registro de la propiedad es expresa y —en ausencia de una demostración más fuerte por parte del peticionario—suficiente para cubrir la cuestión ante nos.

En cuanto al otro error debemos decidir que el peticionario encuentra apoyo en nuestra reciente decisión de *Quiñones Cherena* v. *Registrador,* ante, pág. 122. De acuerdo con la sentencia en dicho caso Cruet Toro tiene derecho a la inscripción de su escritura haciéndose constar el no haberse presentado el plano de la segregación que se inscribe.

*Por lo tanto, se revoca la nota del registrador y se ordena la inscripción en la forma indicada.*